UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-05396-JAK (RAO) | Date: | July 8, 2016 |
| Title: | Tony Cray v. R. Day | | |

| | |
|---|---|
| Present: | The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE** |

| | |
|---|---|
| Gay Roberson | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
| N/A | N/A |

**Proceedings:**   (In Chambers) **ORDER TO SHOW CAUSE RE DISMISSAL**

On February 19, 2016, the Court dismissed Plaintiff Tony Cray ("Plaintiff")'s First Amended Complaint ("FAC") with leave to amend. (Dkt. No. 12.) Plaintiff was originally granted until on or before March 21, 2016, to file a Second Amended Complaint ("SAC"), but that deadline was later extended to June 21, 2016. (Dkt. Nos. 12-15.) As of the date of this Order, however, Plaintiff has not filed his SAC.

According to the California Department of Corrections & Rehabilitation's public website, Plaintiff is incarcerated at California Health Care Facility, Stockton. (Inmate Locator, *available at* http://inmatelocator.cdcr.ca.gov/search.aspx (last visited July 8, 2016).) However, Plaintiff's place of incarceration is currently listed as Pelican Bay State Prison on the docket. The Court hereby *sua sponte* updates Plaintiff's address to his new institution:

Tony Cray (Inmate # AM7656)
California Health Care Facility, Stockton
P.O. Box 32050
Stockton, CA 95213

**Plantiff is hereby reminded that he must keep the Court apprised of his current address at all times. Failure to do so may result in a dismissal of this action for failure to prosecute.** *See Carey v. King*, 856 F.2d 1439, 1440-41 (9th Cir. 1988); Local Rule 41-6.

**IT IS ORDERED** that Plaintiff must show cause, in writing, on or before **August 8, 2016**, why this action should not be dismissed for failure to prosecute and obey Court orders.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.: CV 15-05396-JAK (RAO)  Date: July 8, 2016
Title: Tony Cray v. R. Day

Plaintiff may discharge his obligation to show cause by filing his SAC by the foregoing deadline. **Plaintiff's failure to timely show cause or file his SAC will result in a recommendation that this action be dismissed for failure to prosecute.**

    A copy of the Court's February 19, 2016, order dismissing the FAC with leave to amend is attached to this Order for Plaintiff's convenience.  (Dkt. No. 12.)

    **IT IS SO ORDERED.**

    Attachment.

                                                            :
                                      Initials of Preparer    gr