UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 15-05396-JAK (RAO) | Date: | February 21, 2018 |
| Title: | Tony Cray v. R. Day | | |

Present: The Honorable **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

| Sandra L. Butler | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| N/A | N/A |

**Proceedings:** (In Chambers) **ORDER TO SHOW CAUSE RE: FAILURE TO PROSECUTE**

On November 8, 2017, Defendant filed a Motion for Summary Judgment ("Motion"). (Dkt. No. 43.) On November 14, 2017, the Court ordered Plaintiff to file an opposition on or before December 14, 2017. (Dkt. No. 45.) On December 11, 2017, the Court received Plaintiff's request for an extension of time. (Dkt. No. 46.) The Court granted Plaintiff's request and ordered him to file an opposition on or before February 6, 2018. (Dkt. No. 47.) As of the date of this order, Plaintiff has not filed an opposition to the pending Motion.

Accordingly, Plaintiff is ordered to show cause, in writing, on or before **March 3, 2018**, why his action should not be dismissed for failure to prosecute. Plaintiff may also discharge this Order by filing an opposition to Defendants' Motion on or before March 3, 2018. **Plaintiff is warned that failure to timely respond to this Order, or file his response to the Motion, will result in a recommendation that this action be dismissed for failure to prosecute and obey Court orders.**

**IT IS SO ORDERED.**

: 
Initials of Preparer    slb