# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CRAY,<br><br>    Plaintiff,<br><br>v.<br><br>R. DAY,<br><br>    Defendant. | Case No. CV 15-05396 JAK (RAO)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Plaintiff's First Amended Complaint (Dkt. No. 11), all of the other records and files herein, and the Magistrate Judge's Report and Recommendation ("Report"). The time for filing objections to the Report has passed and no objections have been received. The Court hereby accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

Accordingly, IT IS ORDERED that Plaintiff's First Amended Complaint is DISMISSED with prejudice.

DATED: April 16, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE