# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY CRAY,<br><br>        Plaintiff,<br><br>        v.<br><br>R. DAY,<br><br>        Defendant. | Case No. CV 15-05396 JAK (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: April 16, 2018

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE